STATE EX REL. DEPARTMENT OF FINANCIAL INSTITUTIONS
*v.* LANNES ET AL.

[No. 27,476. Filed January 13, 1941. Appellant's waiver of right to petition for rehearing filed January 23, 1941.]

*Wade H. Free,* of Anderson, for appellant.

*Fred E. Hines,* of Noblesville, for appellees.

SHAKE, J.—Affirmed, on authority of *State of Indiana, ex rel. Dept. of Financial Institutions* v. *Hardy,* Cause Number 27478, *ante,.* p. 79, this day decided.

NOTE.—Reported in 30 N. E. (2d) 978.

STATE EX REL. DEPARTMENT OF FINANCIAL INSTITUTIONS
*v.* NEFF ET AL.

[No. 27,477. Filed January 13, 1941. Appellant's waiver of right to petition for rehearing filed January 23, 1941.]

*Wade H. Free,* of Anderson, for appellant.

*James A. Van Osdol* and *Bartlett H. Campbell,* both of Anderson, and *James W. Noel, Hubert Hickam, Alan W. Boyd* and *Robert D. Armstrong,* all of Indianapolis, for appellees.

SHAKE, J.—Affirmed, on authority of *State of Indiana, ex rel. Dept. of Financial Institutions* v. *Hardy,* Cause Number 27478, *ante,* p. 79, this day decided .

NOTE.—Reported in 30 N. E. (2d) 978.